# Court of Appeals
# of the State of Georgia

ATLANTA, February 21, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0310.  DEREK  LEROY MCSMITH v. KIMBERLY WHITAKER.**
**A14A0311.  DEREK LEROY MCSMITH v. TAMSYN FLOY.**

These appeals were docketed on October 2, 2013.   Appellant's briefs and enumerations of errors were due on October 22, 2013. On December 31, 2013, this Court issued an order requiring appellant to file his briefs and enumerations of errors no later than January 15, 2014.  As of the date of this Order, appellant's briefs and enumerations of errors have not been filed. Accordingly, these appeals are hereby dismissed as abandoned. See Court of Appeals Rule 23 (a); *Reese v. State*, 216 Ga. App. 773 (456 SE2d 271) (1995).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/21/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*